IN THE UNITED STATES COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:24-cv-00766-FL

| | |
|---|---|
| **BRUNSWICK HEALTH & REHAB CENTER, LLC** a North Carolina limited liability company, ) ) ) ) Plaintiff, ) ) v. ) ) **UNIVERSAL HEALTH CARE BRUNSWICK, INC.** a North Carolina corporation, ) ) ) ) AND ) ) **BRUNSWICK OPERATOR LLC** ) ) Defendants. ) | **ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT** |

UPON MOTION of Plaintiff, Brunswick Health & Rehab Center, LLC, for a 30-day stay of this proceeding and all related deadlines while the parties finalize the terms of the agreement, including but not limited to Defendant Brunswick Operator, LLC's deadline to respond to the Amended Complaint (Dkt 6), and finding that good cause exists,

IT IS HEREBY ORDERED that proceedings are stayed through and including January 17, 2025.

This the  20th  day of December, 2024.

_____
Louise Wood Flanagan
United States District Judge